740

*Morton* and *H. Stanley Mansfield* for petitioner. *Mr. Roberts B. Larson* for respondent.

No. 110. BARNETT, TRUSTEE IN BANKRUPTCY, *v.* MARYLAND CASUALTY Co. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. David Ralph Hertz* for petitioner. *Mr. C. M. Vrooman* for respondent.

No. 219. CONTINENTAL CASUALTY Co. *v.* BARNETT, TRUSTEE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lloyd F. Loux* for petitioner. *Mr. David Ralph Hertz* for respondent.

No. 111. PINE *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. James M. Carson* and *Vincent C. Giblin* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost, Edward G. Jennings,* and *W. Marvin Smith* for the United States.

No. 114. J. L. HUDSON Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Hal H. Smith* and *Archibald Broomfield* for petitioner. *Assistant Solicitor General Cox, Messrs. Robert B. Watts, Ernest A. Gross, John E. Lawyer,* and *Miss Ruth Weyand* for respondent.